

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Jason Pulliam, Justice

  This is an accelerated appeal from an order terminating parental rights. Appellant's brief, which was originally due on September 28, 2015, has not been filed. Appellant's court-appointed attorney was granted two extensions of time to October 22, 2015, and was admonished that no further extensions would be allowed given appellant's delay in requesting and paying for the reporter's record. Appellant's attorney failed to file the brief by this date. On October 23, 2015, this court ordered appellant's attorney to show cause in writing by November 2, 2015 why this appeal should not be dismissed for want of prosecution. Appellant's attorney was cautioned that if this Court did not receive the brief and an adequate response within ten days, the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Appellant's attorney did not respond.

  It is therefore ORDERED that James Gerard McDermott, II personally appear before this court on December 1, 2015 at 3:00p.m. to show cause why he should not be held in contempt of

court for failure to comply with our order of October 23, 2015 directing McDermott to file the appellant's brief no later than November 2, 2015 in appeal number 04-15-00464-CV, styled *In the Interest of A.A.R., A.S.N., C.G.N. and J.A.G.*

We ORDER the clerk of this court to cause a copy of this order to be served on James Gerard McDermott, II through email and personal service. It is so **ORDERED** on November 10, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.



_____
Keith E. Hottle
Clerk of Court